**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

Thomas Ferrante, individually and on behalf of
all others similarly situated,

                                      Plaintiff,

                -against-

Trader Joe's Company and T.A.C.T. Holding, Inc.,

                                  Defendant.

---------------------------------------------------------------

Case No. 2:23-cv-00046

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Thomas Ferrante, individually and on behalf of himself, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Date: February 2, 2023

                       Respectfully submitted,

                       By: */s/ Jason P. Sultzer*
                       Jason P. Sultzer, Esq.
                       **THE SULTZER LAW GROUP P.C.**
                       85 Civic Center Plaza, Suite 200
                       Poughkeepsie, NY 12601
                       Tel.: (845) 483-7100
                       *sultzerj@thesultzerlawgroup.com*

                       *Counsel for Plaintiff*